AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| David Andrew Rodenbeck, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:19-CV-204 |
| Nationwide Inurance, *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 5/8/2020 - Defendant's Motion for Summary Judgment (ECF No. 37) is GRANTED and Plaintiff's Motion Requesting a Jury Trial (ECF No. 43) is DENIED. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 05/08/2020

CLERK OF COURT

*Christi M. Wer____*
Signature of Clerk or Deputy